```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10079
    LAWRENCE THURNES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0385


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/18/2006 and was confirmed 10/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/23/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS           UNSECURED        NOT FILED           .00            .00
AMERICAN EXPRESS           NOTICE ONLY      NOT FILED           .00            .00
AMERICAN EXPRESS           UNSECURED        NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          1017.43           .00            .00
LVNV FUNDING LLC           UNSECURED           564.92           .00            .00
CAPITAL ONE BANK           UNSECURED          7455.78           .00            .00
CAPITAL ONE BANK           NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED           892.93           .00            .00
SHELL/CITI                 UNSECURED        NOT FILED           .00            .00
FINGERHUT                  UNSECURED        NOT FILED           .00            .00
PREMIER BANKCARD           UNSECURED           561.75           .00            .00
FMBM CREDIT ONE BANK       UNSECURED        NOT FILED           .00            .00
JC PENNY                   UNSECURED          1089.44           .00            .00
WALMART                    UNSECURED          1594.56           .00            .00
HSBC CARD SERVICES         UNSECURED        NOT FILED           .00            .00
HSBC NV                    NOTICE ONLY      NOT FILED           .00            .00
SMC                        UNSECURED          1314.33           .00            .00
HSBC/CARSONS               NOTICE ONLY      NOT FILED           .00            .00
FEDERATED RETAIL HOLDING   UNSECURED          4167.08           .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED        NOT FILED           .00            .00
NORDSTROM FSB              UNSECURED           658.19           .00            .00
LVNV FUNDING LLC           UNSECURED          2655.89           .00            .00
SWEDISH COVENANT HOSPITA   UNSECURED        NOT FILED           .00            .00
SWEDISH COVENANT HOPITAL   NOTICE ONLY      NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED           498.37           .00            .00
UNIVERSITY OF CHICAGO PH   UNSECURED        NOT FILED           .00            .00
B-LINE/WASHINGTON MUTUAL   UNSECURED          3141.12           .00            .00
WEISS MEMORIAL HOSPITAL    UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1611.29           .00            .00
GREGORY K STERN            DEBTOR ATTY       2,124.00                       991.20
TOM VAUGHN                 TRUSTEE                                           58.80
DEBTOR REFUND              REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10079 LAWRENCE THURNES
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  1,050.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     991.20
TRUSTEE COMPENSATION                                58.80
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   1,050.00            1,050.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 10/18/07                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE